**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 12-23-DLB-CJS-2**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**VS.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**BRADLEY WILSON**                                                      **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the November 18, 2014 Report and Recommendation (R&R) of the United States Magistrate Judge, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of eleven (11) months incarceration, credit to be given for time served since his detention on the charged violations, with no supervised release to follow; and that the Defendant be ordered to make restitution as previously imposed by this Court, the balance of which is presently $690. (Doc. # 85).

During the final revocation hearing conducted by Magistrate Judge Candace J. Smith on November 13, 2014, the Defendant admitted to violating the terms of his supervised release, as set forth in the October 22, 2014 violation report of U.S. Probation Officer Leanne M. Vonderhaar and the November 3, 2014 Addendum. The Defendant having notified the Court that he has waived his right to allocution and that he does not have any objections to the Magistrate's R&R (Doc. # 86), the R&R is ripe for the Court's consideration.

1

Having reviewed the R&R, and finding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 85) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eleven (11) months, credit to be given for time served since his detention on the charged violation**, with no supervised release to follow; and,

5. Defendant shall make **restitution** as previously imposed by this Court, the balance of which is presently **$690**; and

6. A Judgment shall be entered concurrently herewith.

This 17th day of December, 2014.



G:\DATA\ORDERS\Covington Criminal\2012\12-23 order adopting R&R 2.wpd